UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By: Nona L. Ostrove, NO 2942
Attorneys for Dora Mae Canning, Debtor

**Order Filed on September 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dora Mae Canning

Case No.: 16-10773

Chapter: 13

Judge: _____

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 6, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___03/29/2016 and___ : extended by order dated June 24, 2016

Property: ___139 West Crocus Road, Wildwood, NJ 08260___

Creditor: ___Rushmore Loan Management Services, servicer for Fannie Mae___

and a Request for

☑ Second Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor through counsel___, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___October 31, 2016___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2