UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By:  Nona L. Ostrove, NO 2942
Attorneys for Dora Mae Canning, Debtor

In Re:

Dora Mae Canning

**Order Filed on September 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  16-10773

Chapter:  13

Judge:

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 6, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___03/29/2016 and___ : extended by order dated June 24, 2016

Property:    139 West Crocus Road, Wildwood, NJ 08260

Creditor:    Rushmore Loan Management Services, servicer for Fannie Mae

and a Request for

☑ Second Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor through counsel___, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___October 31, 2016___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-10773-ABA
Dora Mae Canning                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 06, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2016.
db            +Dora Mae Canning,    139 West Crocus Road,    Wildwood, NJ 08260-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2016 at the address(es) listed below:
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor   MTGLQ Investors, LP jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Nona  Ostrove    on behalf of Debtor Dora Mae Canning nostrove@ostrovelaw.com
      Nona  Ostrove    on behalf of Loss Mitigation   Seterus, Inc.,servicing agent for Federal National
       Mortgage Association nostrove@ostrovelaw.com
      Nona  Ostrove    on behalf of Loss Mitigation   Seterus Inc nostrove@ostrovelaw.com
      Robert P. Saltzman    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
       Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                                                                                                        TOTAL: 7