**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
Attorneys for Dora Canning
By:  Nona L. Ostrove, Esq. NO2942

| In re: | : |
|---|---|
|  | : IN BANKRUPTCY |
| Dora Canning | : CHAPTER 13 |
|  | : CASE NO. 16-10773/ABA |
| Debtor | : |

ORDER SUPRESSING CERTIFICATION AND EXHIBIT AND AUTHORIZING
SUBSTITUTION OF REDACTED COPIES

The relief set forth on the following pages, numbered two (2) through _____is hereby **ORDERED.**

**DATED: December 22, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:  Dora Canning

Case No: 16-10773/ABA

Caption of Order: ORDER SUPRESSING CERTIFICATION AND EXHIBIT AND AUTHORIZING SUBSTITUTE OF REDACTED COPIES

Upon consideration of Dora Canning, through her attorney, Law Offices of Nona L. Ostrove, LLC motion/application for an Order supressing Certification with exhibit and substituting redacted copies and good cause appearing therefore, it is hereby

**ORDERED** that

1.      The current Certification and Exhibit filed with the court as part of the Motion to Approve Loan Modification (#44) be and are hereby suppressed; and

2.      Counsel for plaintiff shall submit a redacted copy of the Certification with Exhibit within five days of the date of this order to chambers for docketing on the record.