**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

Order Filed on December 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
(856) 566-4200; FAX (856) 566-4203
Attorneys for Dora Canning
By: Nona L. Ostrove, Esq. NO2942

| | |
|---|---|
| In re: | : |
| | : IN BANKRUPTCY |
| Dora Canning | : CHAPTER 13 |
| | : CASE NO. 16-10773/ABA |
| Debtor | : |

ORDER SUPRESSING CERTIFICATION AND EXHIBIT AND AUTHORIZING
SUBSTITUTION OF REDACTED COPIES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: December 22, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Dora Canning

Case No: 16-10773/ABA

Caption of Order: ORDER SUPRESSING CERTIFICATION AND EXHIBIT AND AUTHORIZING SUBSTITUTE OF REDACTED COPIES

Upon consideration of Dora Canning, through her attorney, Law Offices of Nona L. Ostrove, LLC motion/application for an Order supressing Certification with exhibit and substituting redacted copies and good cause appearing therefore, it is hereby

**ORDERED** that

1.  The current Certification and Exhibit filed with the court as part of the Motion to Approve Loan Modification (#44) be and are hereby suppressed; and

2.  Counsel for plaintiff shall submit a redacted copy of the Certification with Exhibit within five days of the date of this order to chambers for docketing on the record.

United States Bankruptcy Court
District of New Jersey

In re:  
Dora Mae Canning  
    Debtor

Case No. 16-10773-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 22, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db          +Dora Mae Canning,    139 West Crocus Road,    Wildwood, NJ 08260-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Joshua I. Goldman     on behalf of Creditor     MTGLQ Investors, LP jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nona    Ostrove     on behalf of Debtor Dora Mae Canning nostrove@ostrovelaw.com  
         Nona    Ostrove     on behalf of Loss Mitigation     Seterus, Inc.,servicing agent for Federal National Mortgage Association nostrove@ostrovelaw.com  
         Nona    Ostrove     on behalf of Loss Mitigation     Seterus Inc nostrove@ostrovelaw.com  
         Robert P. Saltzman     on behalf of Creditor     Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org  
                                                                                                              TOTAL: 8