Order Filed on January 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 100
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Debtor

In Re:

| | | |
|---|---|---|
| Dora Canning | : | CHAPTER 13 |
| | : | CASE NO. 16-10773/ABA |
| Debtor | : | |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: January 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Dora Canning

Case No: 16-10773/ABA

Caption of Order: ORDER APPROVING LOAN MODIFICATION

Upon consideration of Dora Canning's motion/application for an Order approving loan modification with Rushmore Loan Management Services, LLC, as current servicer of the first mortgage on the debtor's residence located at 139 W. Crocus Road, Wildwood Crest, NJ 08260 ("Secured Creditor"); and

Good cause appearing therefore, it is hereby

**ORDERED** that

1. The loan modification agreement annexed to the Certification for Approval as Exhibit A be and is hereby approved and the debtor is authorized to proceed with said loan modification.

2. In the event the loan modification is completed Secured Creditor shall amend the arrearage portion of its Proof of Claim to zero or withdraw the claim within thirty (30) days of the date of this Order.

3. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of loan modification and all money that would otherwise be paid to Secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the Secured Creditor that the modification was not consummated.

4. In the event the modification is not consummated, the Secured Creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor.

5. In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

6. With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, Secured Creditor will amend any and all post-petition orders or claims within thirty (30) days of the date of this Order.