Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 16−10773−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dora Mae Canning
   139 West Crocus Road
   Wildwood, NJ 08260

Social Security No.:
   xxx−xx−7429

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    2/9/17
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Nona Ostrove, Debtor's Attorney

COMMISSION OR FEES
Fee: $1800.00

EXPENSES
$60.27

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 18, 2017
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dora Mae Canning  
    Debtor

Case No. 16-10773-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jan 18, 2017  
                       Form ID: 137     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.

```
db              +Dora Mae Canning,    139 West Crocus Road,    Wildwood, NJ 08260-1323
lm              +Seterus Inc,    14523 SW Millikan Way St.,    Beaverton, OR 97005-2352
cr              +Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 1047,    Hartford, CT 06143-1047
lm              +Seterus, Inc.,servicing agent for Federal National,    c/o Registered Agent,
                  The Corporation Trust Company,    820 Bear Tavern Road,    West Trenton, NJ 08628-1021
515948878      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
515948879       +Barclay's Bank Delaware,    700 Prides Crossing,    Newark, DE 19713-6102
515948880        Capital One/Boscov's,    PO Box 30253,    Salt Lake City, UT 84130-0253
515948881        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515948884       +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
515948887       +Fashion Bug/Spirit of America,    1103 Allen Dr.,    Milford, OH 45150-8763
515948888       +Law Offices of Seymour Wasserstrum,    205 Landis Ave.,    Vineland, NJ 08360-8103
515948889        Macy's/DSNB,    PO Box 8218,    Mason, OH 45040-8218
515948890       +Midland Funding,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
515948892        Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
515948894       +Phelan, Hallinan, Diamond & Jones,    400 Fellowship Road,    Suite 100,
                  Mount Laurel, NJ 08054-3437
515948896        Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
515948897        Selip & Stylianou, LLP,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
515948898       +Seterus,    14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
516173260       +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
515948899       +Shell/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516237879       +TD Bank, N.A.,    c/o Cohn Lifland Pearlman Herrmann & Kno,    Park 80 West-Plaza One,
                  250 Pehle Ave., Suite 401,    Saddle Brook, New Jersey 07663-5832
515948904       +U.S. Department of Education,    61 Forsyth St. SW,    Suite 19T40,    Atlanta, GA 30303-8919
516252415        US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
515948906       +Wells Fargo Card Service,    PO Box 5058,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2017 23:38:25     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2017 23:38:22     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
515948877       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 18 2017 23:38:17     Asset Acceptance,
                   PO Box 1630,    Warren, MI 48090-1630
515948886        E-mail/Text: mrdiscen@discover.com Jan 18 2017 23:37:27     Discover Bank,    P.O. Box 30943,
                   Salt Lake City, UT 84130-0943
515959906        E-mail/Text: mrdiscen@discover.com Jan 18 2017 23:37:27     Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515948895        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 00:03:33
                   Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-1223
515984873        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 00:02:27
                   Portfolio Recovery Associates, LLC,    c/o Fashion Bug,    POB 41067,    Norfolk VA 23541
515948900        E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2017 23:36:17     Synchrony Bank,
                   Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
515948903       +E-mail/Text: bankruptcy@td.com Jan 18 2017 23:38:26     TD Bank N.A.,    PO Box 8400,
                   Lewiston, ME 04243-8400
516238508       +E-mail/Text: bankruptcy@td.com Jan 18 2017 23:38:26     TD Bank N.A.,    70 Gray Road,
                   Falmouth ME 04105-2299
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515948882*       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515948883*       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515948885*      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
515948891*      +Midland Funding,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
515948893*       Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
515948901*       Synchrony Bank,    Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
515948902*       Synchrony Bank,    Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
515948905*      +U.S. Department of Education,    61 Forsyth St. SW,    Suite 19T40,    Atlanta, GA 30303-8919
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jan 18, 2017
                              Form ID: 137             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   MTGLQ Investors, LP jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nona  Ostrove    on behalf of Debtor Dora Mae Canning nostrove@ostrovelaw.com
          Nona  Ostrove    on behalf of Loss Mitigation    Seterus, Inc.,servicing agent for Federal National
           Mortgage Association nostrove@ostrovelaw.com
          Nona  Ostrove    on behalf of Loss Mitigation    Seterus Inc nostrove@ostrovelaw.com
          Robert P. Saltzman    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                             TOTAL: 8
```