Form 196 – ntcadminerror

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  16−10773−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dora Mae Canning
   139 West Crocus Road
   Wildwood, NJ 08260

Social Security No.:
   xxx−xx−7429

Employer's Tax I.D. No.:

**AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR**

     On January 10, 2017 a NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
Notice was previously sent by the court which contained an error. The notice stated that a plan had been confirmed.

Corrected to state:
The plan has not yet been confirmed in this case.

     The amendment of this notice does not affect deadlines that have been previously set.

Dated: January 19, 2017
JAN: mef

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dora Mae Canning  
    Debtor

Case No. 16-10773-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Jan 19, 2017  
                         Form ID: 196      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.

```
db             +Dora Mae Canning,    139 West Crocus Road,    Wildwood, NJ 08260-1323
lm             +Seterus Inc,    14523 SW Millikan Way St.,    Beaverton, OR 97005-2352
cr             +Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 1047,    Hartford, CT 06143-1047
lm             +Seterus, Inc.,servicing agent for Federal National,    c/o Registered Agent,
                 The Corporation Trust Company,    820 Bear Tavern Road,    West Trenton, NJ 08628-1021
515948878     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
515948879      +Barclay's Bank Delaware,    700 Prides Crossing,    Newark, DE 19713-6102
515948880       Capital One/Boscov's,    PO Box 30253,    Salt Lake City, UT 84130-0253
515948881       Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515948884      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
515948887      +Fashion Bug/Spirit of America,    1103 Allen Dr.,    Milford, OH 45150-8763
515948888      +Law Offices of Seymour Wasserstrum,    205 Landis Ave.,    Vineland, NJ 08360-8103
515948889       Macy's/DSNB,    PO Box 8218,    Mason, OH 45040-8218
515948890      +Midland Funding,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
515948892       Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
515948894      +Phelan, Hallinan, Diamond & Jones,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
515948896       Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
515948897       Selip & Stylianou, LLP,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
515948898      +Seterus,    14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
516173260      +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
515948899      +Shell/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516237879      +TD Bank, N.A.,    c/o Cohn Lifland Pearlman Herrmann & Kno,    Park 80 West-Plaza One,
                 250 Pehle Ave., Suite 401,    Saddle Brook, New Jersey 07663-5832
515948904      +U.S. Department of Education,    61 Forsyth St. SW,    Suite 19T40,    Atlanta, GA 30303-8919
516252415       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
515948906      +Wells Fargo Card Service,    PO Box 5058,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2017 23:28:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2017 23:28:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515948877      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 19 2017 23:28:48     Asset Acceptance,
                 PO Box 1630,    Warren, MI 48090-1630
515948886       E-mail/Text: mrdiscen@discover.com Jan 19 2017 23:28:06     Discover Bank,    P.O. Box 30943,
                 Salt Lake City, UT 84130-0943
515959906       E-mail/Text: mrdiscen@discover.com Jan 19 2017 23:28:06     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515948895       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 23:30:10
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-1223
515984873       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 23:30:20
                 Portfolio Recovery Associates, LLC,    c/o Fashion Bug,    POB 41067,    Norfolk VA 23541
515948900       E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2017 23:30:15     Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
515948903      +E-mail/Text: bankruptcy@td.com Jan 19 2017 23:28:58     TD Bank N.A.,    PO Box 8400,
                 Lewiston, ME 04243-8400
516238508      +E-mail/Text: bankruptcy@td.com Jan 19 2017 23:28:58     TD Bank N.A.,    70 Gray Road,
                 Falmouth ME 04105-2299
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515948882*      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515948883*      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
515948885*     +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
515948891*     +Midland Funding,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
515948893*      Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
515948901*      Synchrony Bank,    Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
515948902*      Synchrony Bank,    Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
515948905*     +U.S. Department of Education,    61 Forsyth St. SW,    Suite 19T40,    Atlanta, GA 30303-8919
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jan 19, 2017
                               Form ID: 196             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   MTGLQ Investors, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nona   Ostrove    on behalf of Debtor Dora Mae Canning nostrove@ostrovelaw.com
              Nona   Ostrove    on behalf of Loss Mitigation   Seterus, Inc.,servicing agent for Federal National
               Mortgage Association nostrove@ostrovelaw.com
              Nona   Ostrove    on behalf of Loss Mitigation   Seterus Inc nostrove@ostrovelaw.com
              Robert P. Saltzman    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                               TOTAL: 8
```