DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Joseph G. Devine, Jr., Esq. (ID #031072011)
Attorneys for Creditor TD Bank. N.A.

In Re:

DORA MAE CANNING

                Debtors.

**Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-10773-ABA

Judge: Hon. Andrew B. Altenburg Jr.

Chapter: 13

## ORDER GRANTING MOTION TO REDACT

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 4-1 filed on June 15, 2016 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.