UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; Fax 856-566-4203
Attorneys for Debtor
By:  Nona L. Ostrove, Esq. NO 2942

Order Filed on March 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dora M. Canning, Debtor

Case Number:    16-10773

Hearing Date:

Judge:    ABA

Chapter:    13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

DATED: March 16, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as    139 West Crocus Road, Wildwood, NJ 08260   , and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Judgment dated March 3, 2010 in the amount of $19,701.22 plus costs and docketed in the Superior Court of New Jersey on June 30, 2010 under Judgment No. J-165019-10 on June 30, 2010 obtained by Discover Bank (listed as Discovery Bank on docket)

2. ~~XX~~

3. 

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

2