UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; Fax 856-566-4203
Attorneys for Debtor
By:  Nona L. Ostrove, Esq. NO 2942

Order Filed on March 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dora M. Canning, Debtor

Case Number:     16-10773

Hearing Date:

Judge:     ABA

Chapter:     13

Recommended Local Form:     ☒ Followed     ☐ Modified

ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

DATED: March 16, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as      139 West Crocus Road, Wildwood, NJ 08260      , and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Judgment dated March 3, 2010 in the amount of $19,701.22 plus costs and docketed in the Superior Court of New Jersey on June 30, 2010 under Judgment No. J-165019-10 on June 30, 2010 obtained by Discover Bank (listed as Discovery Bank on docket)

2. 

3. 

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Dora Mae Canning  
    Debtor

Case No. 16-10773-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Mar 16, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dora Mae Canning, 139 West Crocus Road, Wildwood, NJ 08260-1323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com |

Jonathan C. Schwalb
    on behalf of Creditor Planet Home Lending  LLC bankruptcy@friedmanvartolo.com

Joseph Gunnar Devine, Jr
    on behalf of Creditor TD Bank N.A. jdevine@tmppllc.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Joshua I. Goldman
    on behalf of Creditor MTGLQ Investors  LP josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Nona Ostrove
    on behalf of Loss Mitigation Seterus  Inc.,servicing agent for Federal National Mortgage Association nostrove@ostrovelaw.com

Nona Ostrove
    on behalf of Loss Mitigation Seterus Inc nostrove@ostrovelaw.com

Nona Ostrove
    on behalf of Debtor Dora Mae Canning nostrove@ostrovelaw.com

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor Seterus  Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org

TOTAL: 13