Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                   Case No.: 16−10773−ABA
                                   Chapter: 13
                                   Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dora Mae Canning
   139 West Crocus Road
   Wildwood, NJ 08260

Social Security No.:
   xxx−xx−7429

Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 5, 2021</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                 Judge, United States Bankruptcy Court