UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
Attorneys for Dora Mae Canning
By: Nona L. Ostrove, Esq. NO 2942

In Re:
Dora Mae Canning

Case No.: 16-10773

Chapter: 13

Judge: ABA

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Planet Home Lending, creditor
(Example: John Smith, creditor)

Old address:   P. O. Box 660016
               Dallas, TX 75266-0016

New address:   321 Research Parkway, Suite 303
               Meriden, CT 06450

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 09/08/2021          /s/Nona L. Ostrove, Esq.
                          Signature

*rev.2/1/16*